IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BAILEY SILVERMAN and LOUIS SILVERMAN<br><br>Plaintiffs,<br><br>vs.<br><br>WATSON LABORATORIES, INC., FLORIDA WATSON PHARMA, INC., and CAPSUGEL, INC.<br><br>Defendants. | §§§§§§§§§§§§§<br><br>CASE NO. 4:10-cv-1952 |

## DEFENDANT CAPSUGEL, INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

COMES NOW Defendant Capsugel, Inc. ("Capsugel"), by counsel, pursuant to Rules 12(b)(6) and 15(a)(2) of the Federal Rules of Civil Procedure, hereby move to dismiss the claims asserted in Plaintiffs' Second Amended Complaint. In support of said Motion, Defendant files herewith its Brief in Support of Motion to Dismiss and a Proposed Order.

          Respectfully submitted,

            /s/ Margaret "Peg" Donahue Hall_____
          Margaret "Peg" Donahue Hall
          Attorney-in-Charge
          State Bar No. 05968450
          Southern District of Texas Bar No. 639378
          SNR Denton US LLP
          2000 McKinney Avenue
          Suite 1900
          Dallas, Texas  75201
          (214) 259-0900 - *telephone*
          (214) 259-0910  - *facsimile*
          Peg.hall@snrdenton.com

Of Counsel:
Matthew T. Nickel
State Bar No. 24056042
Matt.nickel@snrdenton.com

SNR Denton US LLP
2000 McKinney Avenue
Suite 1900
Dallas, Texas  75201
(214) 259-0900 - *telephone*
(214) 259-0910  - *facsimile*

**ATTORNEYS FOR CAPSUGEL, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on January 17, 2012, I electronically transmitted the foregoing document to the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. A Notice of Electronic Filing was transmitted to all ECF registrants as authorized by Federal Rule of Civil Procedure 5(b)(2)(E).

                                                                                /s/ Margaret "Peg" Donahue Hall
                                                                                 Margaret "Peg" Donahue Hall