IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BAILEY SILVERMAN and <br> LOUIS SILVERMAN <br><br> Plaintiffs <br><br> V. <br><br> WATSON LABORATORIES, INC.-- <br> FLORIDA, WATSON PHARMA, INC. and <br> CAPSUGEL, INC. <br><br> Defendants. | CASE NO. 4:10-cv-1952 |

## ORDER

The Court has considered Defendant Capsugel, Inc.'s Motion to Dismiss (Dkt #40) Plaintiffs' Second Amended Complaint as well as Plaintiffs' response filed thereto. It is hereby ORDERED that:

The Motion to Dismiss is denied.

Signed April 3, 2012.

_____
U.S. District Judge